## SMITH *v.* WARDEN, CONNECTICUT STATE PRISON.

No. 934, Misc.   Decided June 1, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## WARD *v.* NEW YORK.

No. 1158, Misc.   Decided June 1, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.